# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

TERRY ALLEN,

      Plaintiff,

v.                                                    Case No: 2:12-cv-271-Ftm-99DNF

WOMAN TO WOMAN GYN OF
NAPLES, P.A. and JANICE YOUNG,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Complaint and Dismissal

of Counterclaim With Prejudice (Dkt. #20).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of August, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\12-cv-271 dismiss 20.docx